UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOE WAYNE WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:16-CV-169-TAV-CCS |
| | ) |
| GRAINGER COUNTY SHERIFF'S | ) |
| DEPARTMENT; GRAINGER COUNTY | ) |
| DETENTION CENTER; | ) |
| JAMES HARVILLE, Sheriff; and | ) |
| CHRIS HARVILLE, Jail Administrator, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM

On April 21, 2016, the Court screened this pro se prisoner's civil rights complaint, filed under 42 U.S.C. § 1983, determined that only one claim out of the many claims alleged by Plaintiff arguably might state a valid constitutional claim, and invited him to amend the claim [Doc. 21 p.10]. The Court forewarned Plaintiff that, unless within twenty (20) days, he amended the claim, the Court would dismiss his entire case for failure to state a claim [*Id.* p.11].

The deadline for amending the complaint has passed, and Plaintiff has not amended the claim or otherwise responded to the Court's Order. Therefore, this action will be **DISMISSED** for failure to state a claim entitling Plaintiff to relief under 42 U.S.C. § 1983. *See* 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE